**No. 69356.**—Polks Model Craft Hobbies, Inc. *v.* United States, protest 62/16511 (F) (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 69357.**—Etta Hat Co. *v.* United States, protest 64/11912 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 8, 1965

**No. 69358.**—Bruce Duncan Co., Inc., a/c Jack McAfee Motors et al. *v.* United States, protests 62/4457, etc. (Los Angeles).

Opinon by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.